IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Richard L. Peters,                    :
                    Petitioner        :
                                      :
            v.                        :          No. 1874 C.D. 2016
                                      :          No. 1875 C.D. 2016
Unemployment Compensation             :
Board of Review,                      :
                    Respondent        :

# **O R D E R**

NOW, October 10, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge